FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 1:46

**DONOVAN PARRY McDERMOTT & RADZIK**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
(212) 376-6400 (phone)
(212) 376-6488 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

-----------------------------------------------------X
WAKAN SEAFOOD LTD. JAPAN,

           Plaintiff,

   - against -

M/V JACHA, her engines, etc., *in rem*, PTI
LOGISTICS, INC., and SANDES
DAMPSKIBS, *in personam*,
           Defendants.
-----------------------------------------------------X

A 0 5 - 2 9 9 · CV

**COMPLAINT**

Plaintiff, by its attorneys, DONOVAN PARRY McDERMOTT & RADZIK, alleges upon information and belief, as follows:

**FIRST**: All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

**SECOND**: At and during all the times hereinafter mentioned, Plaintiff had and now has the legal status and principal office and place of business

stated in Schedule "A", hereto annexed, and by this reference made a part hereof.

**THIRD**: At and during all the times hereinafter mentioned, Defendants had and now have the legal status and office and place of business stated in Schedule "A", and were and now are engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel above named as a common carrier of merchandise by water for hire.

**FOURTH**: This Court has personal jurisdiction over the Defendants, and venue is proper by reason of Defendants' regular and systematic contacts with the State of Alaska.

**FIFTH**: At and during all the times hereinafter mentioned, the said vessel was and now is a general ship employed in the common carriage of merchandise by water for hire, and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

**SIXTH**: On or about the date and at the port of shipments stated in Schedule "A", here was shipped by the shipper therein named and delivered to Defendants and the said vessel, as common carriers, the shipments described in Schedule "A" then being in good order and condition, and Defendants and the said vessel then and there accepted said shipments so shipped and

delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipments to the port of destination stated in Schedule "A", and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignees named in Schedule "A".

**SEVENTH**: Thereafter, the said vessel arrived at the port of destination, where it and Defendants made delivery of the shipment, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and impaired in value by reason of the matter and things stated in Schedule "A", all in violation of Defendants' and the said vessel's obligations and duties as a common carrier of merchandise by water for hire.

**EIGHTH**: Plaintiff was the consignee or owner of the shipments described in Schedule "A" and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipments, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

**NINTH**: By reason of the premises, Plaintiff has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of (Japanese Yen) ¥1,382,381.

**WHEREFORE**, Plaintiff prays:

3

1. That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District, then all their property within this District as shall be described in Schedule "A", be attached in the sum of (Japanese Yen) ¥1,382,381, with interest thereon and costs, the sum sued for in this Complaint;

3. That Judgment may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action;

4. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against said vessel, her engines, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matter aforesaid, and that this Court will be pleased to pronounce judgment in favor of Plaintiff for its damages as aforesaid, with interest, costs and disbursements, and that the said vessel may be condemned and sold to pay therefor; and

5. That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated: New York, New York
December 22, 2005

4

DONOVAN PARRY McDERMOTT & RADZIK
Attorney for Plaintiff,

BY: _____

EDWARD C. RADZIK
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 376-6400
(FILE: 66-05-25)

*[signature]*

MARK C. MANNING
Law Office of Mark C. Manning
431 West 7th Avenue – Suite 204
Anchorage, Alaska 99501-3583
(907) 278-9794

5. That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated: New York, New York
December 22, 2005

DONOVAN PARRY McDERMOTT & RADZIK
Attorney for Plaintiff,

BY: *[signature]*
EDWARD C. RADZIK
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 376-6400
(FILE: 66-05-25)

---

MARK C. MANNING
Law Office of Mark C. Manning
431 West 7th Avenue – Suite 204
Anchorage, Alaska 99501-3583
(907) 278-9794

5

**DONOVAN PARRY McDERMOTT & RADZIK**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff
(212) 376-6400 (phone)
(212) 376-6488(fax)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

------------------------------------------------X
WAKAN SEAFOOD LTD. JAPAN,

                Plaintiff,

            - against -

M/V JACHA, her engines, etc., *in rem*, PTI    **VERIFICATION**
LOGISTICS, INC., and SANDES    **OF**
DAMPSKIBS, *in personam*,    **COMPLAINT** *in*
               Defendants.    *rem*
------------------------------------------------X

Per to Local Admiralty Rule-e(3)(b), the undersigned, duly sworn, herein verifies and affirms the following:

1. My source of the knowledge contained in the attached complaint is W.F. Cox, f/a/o/ Tokio Marine & Nichido Fire Insurance Co. Ltd., the assuring party of the plaintiff, Wakan Seafood Lt. Japan, and the documents provided therein.

2. The complaint herein verified is true to the best of my knowledge, information and belief.

3. The plaintiff is at this time temporarily not available to verify this complaint.

4. The undersigned is authorized to verify this complaint.


Dated: New York, New York
       December 22, 2005

1

DONOVAN PARRY McDERMOTT &
RADZIK
Attorney for Plaintiff,


BY: _____
EDWARD C. RADZIK
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 376-6400
(FILE: 66-05-25)


Subscribed and sworn to before me
22nd day of December, 200__

_____
NOTARY PUBLIC

JOHN F. RYAN
Notary Public, State of New York
No. 02RY6055958
Qualified in Kings County
Certificate filed in New York County
Commission Expires March 12, 20__

2

## SCHEDULE A

**Plaintiff's Legal Status and Office and Place of Business:**

      Plaintiff, **WAKAN SEAFOOD LTD. JAPAN**, was and now is a corporation organized and existing under and by virtue of the laws of one of the States of the United States of America and in care of W.E. Cox f/a/o Tokio Marine & Nichidi Fire Insurance Co. Ltd., P.O. Box 688, Tobyhanna, PA 18466.

**Defendants' Legal Status and Office and Place of Business:**

      Defendant, **Sandnes Dampskibs**, was and now is a corporation or other business entity organized and existing under and by virtue of the laws of Norway, with an office and place of business at 1146-11, Choryang 3-dong, Tong-gu, Pusan, Republic of Korea.

      Defendant, **PTI Logistics,** was and now is a corporation or other business entity organized and existing under and by virtue of the laws of the State of Washington with an office and place of business at 3440 Carillon Point, Kirkland, WA 98033, and in care of United Shipping Agency, Ltd., 16-8 Nihonbashi-Kodenmacho, Chuo-Ku, Tokyo, Japan, 103-0001.

      Defendant, **M/V JACHA**, was and now is a vessel owned and operated by Sandes Dampskibs.

| | |
|---|---|
| Vessel | : M/V JACHA |
| Bill of Lading No. | : DCH/SHI-66/CTI-047 |
| Date of Shipment | : December 14, 2004 |
| Port of Loading | : Dutch Harbor, Alaska, USA |
| Port of Discharge | : Shiogama, Japan |
| Date of Delivery | : December 23, 2004 |
| Shipper | : PTI Logistics, Inc. |
| Consignee | : Wakan Seafood Ltd. Japan |

1

Description            : Shipment of frozen fish

Nature                 : Damage due to Negligence of Defendants, breach of
                         contract of carriage and unseaworthiness of vessel

Amount                 : (Japanese Yen) ¥1,382,381

DPM&R File             : 66-05-25

2