Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WAKAN SEAFOOD LTD.  JAPAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| M/V JACHA, her engines, etc., *in rem*, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | No.  3:05-cv-00299 JWS |
| ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby dismisses this action without prejudice.  No answer or summary judgment motion has been filed.

DATED at Anchorage, Alaska, this 16th day of February, 2006.

.   s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066